IN THE MATTER OF STATE OF NEW JERSEY and IN THE MATTER
OF NEW JERSEY STATE FIREMEN'S MUTUAL BENEVOLENT
ASSOCIATION and IN THE MATTER OF COMMUNICATIONS
WORKERS OF AMERICA, LOCAL 1037, AND LOCAL 195, IFPTE.


April 26, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 475)


IN THE MATTER OF STATE OF NEW JERSEY and IN THE MATTER
OF NEW JERSEY STATE FIREMEN'S MUTUAL BENEVOLENT
ASSOCIATION and IN THE MATTER OF COMMUNICATIONS
WORKERS OF AMERICA, LOCAL 1037, AND LOCAL 195, IFPTE.


April 26, 1988.

Petition for certification granted. (See 222 *N.J.Super.* 475)


DEPARTMENT OF ENVIRONMENTAL PROTECTION, DIVISION
OF WASTE MANAGEMENT v. ACTIVE WASTE
TRANSPORT CO., INC.


April 26, 1988.

Petition for certification denied.